# **EXHIBIT LIST**

Exhibit 1        Letters of Endorsement

Exhibit 2        Job Offer Letter

Exhibit 3        Email from Probation Officer Whitt-Luke