# EXHIBIT 2

*U.S. v. Busse, Case No: 2:16-cr-20684*

# Drilling Management Group

301 US Highway 17-92N Haines City, FL 33844 | 863-535-5780 | dmg@drillingmg.com

**Date: 3/4/2021**

**Dear Charles Busse:**

We are pleased to offer you the position of Senior Administrator at this time. Please contact us upon receipt of this correspondence to further discuss your compensation package, work assignments, start date and relocation schedule.

**Welcome to Drilling Management Group. We look forward to having you on our team.**

**Sincerely,**

*Yolanda A. Guillen*

**Yolanda A. Guillen**

President

Drilling Management Group