UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHARLES T. BUSSE,

        Defendant.

        Case Number 16-20684
        Honorable David M. Lawson

_____/

**ORDER DIRECTING GOVERNMENT TO RESPOND**

On March 24, 2021, the defendant filed a renewed motion for early termination of supervised release. The Court has reviewed the motion and finds that it warrants a response.

Accordingly, it is **ORDERED** that the government must file a response to the defendant's renewed motion for early termination of supervised release **on or before April 9, 2021**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: April 2, 2021